IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID BRAXTON, #43108-037 | * | |
| Petitioner | * | |
| | * | |
| v | * | Civil Action Case No. ELH-11-1223 |
| | * | |
| BALTIMORE CITY POLICE DEP'T, and | * | |
| COMMISSIONER, FREDERICK H. | * | |
| BEALEFELD, III. | * | |
| Respondents | * | |

***

## MEMORANDUM

Federal inmate David Braxton petitions pro se for a writ of mandamus under 28 U.S.C. § 1651 to compel the Baltimore City Police Department and Commissioner Frederick H. Bealefeld,[1] III, to release the names and badge numbers of "Baltimore City police officers recently federally indicted in or about the dates of February 1st through March 31, 2011." Petition, p. 1. The petition will be dismissed, without prejudice, for lack of jurisdiction.

Under 28 U.S.C. § 1361, federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. *See Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 587 (4th Cir. 1969). There is no basis for jurisdiction here because the Baltimore City Police Department is not an agency of the United States and Commissioner Bealefeld is not an employee of the United States. Accordingly, the petition will be dismissed, without prejudice, under Fed. R. Civ. P. 12(h) (3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting). A separate Order follows.

May 25, 2011   /s/
Date   Ellen L. Hollander
   United States District Judge

---

[1] The Commissioner's last name, written in the petition as "Bealfeld," will be corrected on the docket.